PETER PLUNKETT, Appellant, *v.* ABRAHAM RUBENSTEIN, Respondent.

*Plunkett* v. *Rubenstein*, 116 App. Div. 923, affirmed.
(Submitted February 28, 1908; decided March 13, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 10, 1906, affirming a judgment in favor of defendant entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover certain personal property which defendant had taken under a chattel mortgage.

*John D. Teller*, *J. F. Quigley* and *D. T. Quigley* for appellant.

*Amasa J. Parker* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

WALTER T. DANIEL, Respondent, *v.* THE MANHATTAN LIFE INSURANCE COMPANY OF NEW YORK, Appellant.

*Daniel* v. *Manhattan Life Ins. Co.*, 116 App. Div. 780, affirmed.
(Submitted February 28, 1908; decided March 13, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 18, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Edward S. Rapallo* for appellant.

*George W. McKenzie* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.